1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

CENTRAL DISTRICT OF CALIFORNIA

12

13 SCOTT WILFORD, *et al.*,

14             Plaintiffs,

15         v.

16 NATIONAL EDUCATION
ASSOCIATION, *et al.*,
17

18            Defendants.

CASE NO. 8:18-cv-01169-JLS-DFM

**JUDGMENT**

Judge:  The Hon. Josephine L. Staton

19
20
21
22
23
24
25
26
27
28

**JUDGMENT**

Pursuant to the Court's May 8, 2019 Order Granting Defendants' Motion to Dismiss (Doc. 195),

IT IS HEREBY ADJUDGED that Plaintiffs' claims are dismissed with prejudice, and JUDGMENT IS HEREBY ENTERED in favor of Defendants National Education Association; American Federation of Teachers; California Teachers Association; California Federation of Teachers; Community College Association; Saddleback Valley Educators Association; Exeter Teachers Association; Savanna District Teachers Association; Certificated Hourly Instructors, Long Beach City College Chapter; Coast Federation of Teachers, Local 1911; South Orange County Community College District Faculty Association; Sanger Unified Teachers Association; Orange Unified Education Association; and Mt. San Antonio College Faculty Association, Inc., and in favor of Defendant Intervenor the Attorney General of California, and against Plaintiffs Scott Wilford; Bonnie Hayhurst; Rebecca Friedrichs; Michael Monge; Harlan Erlich; Jelena Figueroa; and Gene Grey.

DATED:  May 22, 2019

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE